JS-6

1  JEFFREY E. FAUCETTE (No. 193066)
   Email:  jfaucette@howardrice.com
2  LONG X. DO (No. 211439)
   Email:  ldo@howardrice.com
3  HOWARD RICE NEMEROVSKI CANADY
        FALK & RABKIN
4  A Professional Corporation
   Three Embarcadero Center, 7th Floor
5  San Francisco, California  94111-4024
   Telephone:  415/434-1600
6  Facsimile:   415/217-5910

7  Attorneys for Plaintiff
   PALMSOURCE, INC.
8

9              UNITED STATES DISTRICT COURT

10              CENTRAL DISTRICT OF CALIFORNIA

11                    SOUTHERN DIVISION

12

| 13  PALMSOURCE, INC., a Delaware corporation, | Case No. SACV 06-0651-JVS (ANx) |
|---|---|
| 14 | Action Filed: July 13, 2006 |
| 15          Plaintiff, | ORDER DISMISSING ACTION WITH PREJUDICE PURSUANT TO STIPULATION |
| 16     v. | |
| 17  HOP-ON, INC., a Nevada corporation, | Judge:     Hon. James V. Selna |
| 18          Defendant. | |

1  Based upon the Stipulation to Dismiss Action entered and filed by Plaintiff
2  PalmSource, Inc. and Defendant Hop-On, Inc., the above-captioned action is hereby
3  dismissed with prejudice in its entirety.  PalmSource, Inc. and Defendant Hop-On,
4  Inc. shall each bear their own costs and attorneys' fees in connection with this action.
5  IT IS SO ORDERED.

7  DATED:  March 06, 2008

_____
HON. JAMES V. SELNA
U.S. DISTRICT COURT JUDGE